IN THE UNITED STATES DISTRICT COURT FOR MARYLAND

ALEXANDER JIGGETTS

4152 CRESTHEIGHTS ROAD

BALTIMORE, MARYLAND 21215

VS.

BALTIMORE CITY POLICE DEPARTMENT

DETECTIVE DISNEY

LT MICHAEL FRIES

SERVE ON

BALTIMORE CITY LAW DEPARTMENT

100 HOLLIDAY ST

BALTIMORE, MARYLAND 21202

I file this lawsuit against Detective Disney and Lt Michael Fries of the Baltimore City Police Department for violating the U.S. Constitution. They violated the 4th amendment, 8th amendment (cruel and unusual punishment) and due process and depriving one of life, liberty, and property. On November 11th, 2013 police used a technology to illegally raid my house and alleged phones. They said that the technology led them to 1216 N. Calhoun Street. Once there they they allegedly found 4 phones which were not used to commit the crime. ( The crime was telephone misuse and they said I made a call to a business saying there was a man with a gun inside the business.) Once they found out that these 4 phones were not used to commit the crimes their search should have ended. They didn't have a warrant for the phones or my house. They never had a warrant to enter the technology into the phones. They should have went to a cell phone provider to enter the phone. They should have also had a warrant from a judge to use the technology. After they arrested me they took me to central bookings and burglarized my house by going in my house a second time without a warrant while i was arrested on November 12, 2013. They can't go into someone house while they aren't there. I cry the fourth amendment was violated and I was subjected to cruel and unusual punishment and

1

deprived of life, liberty, and property. I am not filing this suit to be aquited of the charges but I file this suit because the police had no right to raid my house.

I am not filing this suit to be aquitted of the charges but I file this suit because the police had no legal right to go in my house. I also am not filing a 1983 civil suit but I am filing a regular suit because of my rights being violated. The Federal Court is too uphold the constitution therefore Heck rules shouldn't apply because I have not filed a 1983 civil suit. If this is taken as a 1983 civil suit against my rights for my rights is to file a civil suit. Know that i am not challenging the conviction. It is the job of this court to find out if my rights were violated no matter whether I pleaded guilty or not. Whether or not you pleaded guilty or not constitutional rights should not be violated. I must add that on July 28th I pleaded guilty to telephone misuse and took three years probation.

Note: if this court is saying I took too long filing this case on November 13, 2013 I went to bail review and I argued that the police broke the fourth amendment and the judge ordered me to an evaluation at Spring Grove were I stayed for almost three years. So, I didn't have a fair trial and was not allowed discovery. I was held in Spring Grove being told to plead guilty to a charge where I was innocent. Even the public defender I had at Spring Grove told me plead guilty and had me stay at the hospital long because I didn't plead guilty.

I ask for damages of all kind this court can allow to make me whole again for pain and suffering and emotional distress I sufferred in my incarceration. I lost time and money and was subjected to cruel and unusual punishment. The police showed intentional negligence on their part for not obtaining a warrant even if they had a warrant to search the house they had no warrant to use the technology.

RESPECTFULLY

ALEXANDER JIGGETTS

10/23/18

*Alexander Jiggetts*
*4152 Crestheights Road*
*Baltimore, MD 206*

2